FILED

2021 MAY 21 AM 11:10

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER |
|---|---|
| PLAINTIFF(S) v. | 21MJ02514 |
| Gabriel Diop | DECLARATION RE OUT-OF-DISTRICT WARRANT |
| DEFENDANT(S). | |

The above-named defendant was charged by: the United States of America
in the Eastern District of California on May 18, 2021
at 11:30 [x] a.m. / ☐ p.m. The offense was allegedly committed on or about February 2, 2021
in violation of Title 18 U.S.C., Section(s) 1341
to wit: Mail Fraud

A warrant for defendant's arrest was issued by: U.S. Magistrate Judge Carolyn K. Delaney

Bond of $ _____ was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

---

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  05/20/2021
              Date

_____                    MATTHEW NOFFLEET
Signature of Agent                        Print Name of Agent

US POSTAL INSPECTION SERVICE             POSTAL INSPECTOR
Agency                                    Title

---

CR-52 (03/20)           **DECLARATION RE OUT-OF-DISTRICT WARRANT**