Submit this form by e-mail to:
CrimIntakeCourtDocs-LA@cacd.uscourts.gov For Los Angeles criminal duty.
CrimIntakeCourtDocs-SA@cacd.uscourts.gov For Santa Ana criminal duty.
CrimIntakeCourtDocs-RS@cacd.uscourts.gov For Riverside criminal duty.

FILED
2021 MAY 21 AM 11:10
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: ___

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
PLAINTIFF
V.
GABRIEL DIOP
USMS# 01025506
DEFENDANT

CASE NUMBER: 21MJ02514

REPORT COMMENCING CRIMINAL ACTION

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. The defendant was arrested in this district on 05/19/2021 at 8:45 ☑AM ☐PM
   or
   The defendant was arrested in the ___ District of ___ on ___ at ___ ☐AM ☐PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding: ☐Yes ☑No

3. Defendant is in U.S. Marshals Service lock-up (in this court building): ☑Yes ☐No

4. Charges under which defendant has been booked:
   Mail Fraud 18 USC 1341

5. Offense charged is a: ☑Felony ☐Minor Offense ☐Petty Offense ☐Other Misdemeanor

6. Interpreter Required: ☑No ☐Yes Language: ___

7. Year of Birth: 1988

8. Defendant has retained counsel: ☑No
   ☐Yes Name: ___ Phone Number: ___

9. Name of Pretrial Services Officer notified: VIVIAN VILLEGAS

10. Remarks (if any): N/A

11. Name: MATTHEW NORFLEET (please print)

12. Office Phone Number: 510-685-0773

13. Agency: U.S. POSTAL INSPECTION SERVICE

14. Signature: Matt N___

15. Date: 05/20/2021

CR-64 (09/20)     REPORT COMMENCING CRIMINAL ACTION