AO 442 (Rev. 11/11) (modified) Arrest Warrant

FILED

# UNITED STATES DISTRICT COURT
for the
Eastern District of California

2021 MAY 21 AM 11:10

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: _____

| United States of America | ) | |
| v. | ) | Case No.  2:21-mj-0079 CKD |
| Gabriel Diop | ) | **SEALED** |
| *Defendant* | ) | |

## ARREST WARRANT

21MJ02514

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Gabriel Diop,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1341 – Mail Fraud


Date:   May 18, 2021

_____
*Issuing officer's signature*

City and state:   Sacramento, California      Carolyn K. Delaney, United States Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____                                    _____<br>*Arresting officer's signature*<br><br>_____, United States Magistrate Judge<br>*Printed name and title* |